1
2
3
4
5
6        UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8  SCOTT A. BERNOVICH,

9                     Plaintiff,          Case No. C12-5680-RAJ

10         v.                              **ORDER REVERSING AND
                                           REMANDING CASE FOR
11 MICHAEL J. ASTRUE, Commissioner of     FURTHER ADMINISTRATIVE
   Social Security,                        PROCEEDINGS**
12
                     Defendant.
13
       The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, the
14
Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate
15
Judge, and the balance of the record, does hereby find and **ORDER**:
16
       (1)    The Court adopts the Report and Recommendation.
17
       (2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** to
18
              the Social Security Administration for further proceedings consistent with the
19
              Report and Recommendation.
20
       (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Brian
21
              A. Tsuchida.
22
       DATED this 31st day of January, 2013.
23
                                              _____
                                              The Honorable Richard A. Jones
                                              United States District Judge

ORDER REVERSING AND REMANDING CASE FOR FURTHER
ADMINISTRATIVE PROCEEDINGS - 1